**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOHN P. SHULAK, individually and as representative of a class of participants and beneficiaries and on behalf of the BMO 401K Savings Plan, )<br><br>Plaintiff, )<br><br>v. )<br><br>BMO FINANCIAL CORP.; BENEFITS ADMINISTRATION COMMITTEE OF BMO FINANCIAL CORP.; and DOES 1 through 10, inclusive. )<br><br>Defendants. ) | Case No. 1:25-CV-02232<br><br>Judge Andrea R. Wood |

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendants BMO Financial Corp. and the Benefits Administration Committee of BMO Financial Corp. (collectively "Defendants") hereby move the Court for an order dismissing the Complaint filed by Plaintiff John P. Shulak pursuant to Federal Rules of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

Pursuant to the Court's request at the April 4, 2024 status hearing, the following docket entries include the parties' briefs and supporting materials relating to the Motion to Dismiss:

- **Docket Entry 35:** Defendants' Notice of Motion and Motion to Dismiss.

- **Docket Entry 35-1:** Memo. of Points & Authorities in Support of Motion to Dismiss.

- **Docket Entry 35-2:** Hansen Declaration in Support of Motion to Dismiss.

- **Docket Entries 35-3 to 35-9:** Exhibits to Hansen Declaration.

- **Docket Entry 35-10:** Request for Judicial Notice in Support of Motion to Dismiss.

- **Docket Entries 35-11 to 35-13:** Exhibits to Request for Judicial Notice.

1

- **Docket Entry 35-14:** Proposed Order Granting Motion to Dismiss.

- **Docket Entry 39:** Plaintiff's Opposition to Motion to Dismiss.

- **Docket Entry 46:** Defendants' Reply in Support of Motion to Dismiss.

- **Docket Entry 46-1:** Hansen Declaration in Support of Reply to Motion to Dismiss.

- **Docket Entries 46-2 to 46-7:** Exhibits to Hansen Reply Declaration.

- **Docket Entry 56:** Plaintiff's Notice of Supplemental Authority.

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

/s/ Rachel Capler
Andrew R. Livingston, *pro hac vice*
Rachel Capler, *pro hac vice*
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
alivingston@orrick.com
rcapler@orrick.com

Edward W. Somers (IL Bar No. 6300920)
353 N Clark Street, Suite 3600
Chicago, IL 60654
Telephone: (312) 924-9800
esomers@orrick.com

**GROOM LAW GROUP, CHARTERED**

Michael J. Prame, *pro hac vice*
Hannah M. Stephens, *pro hac vice*
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Telephone: (202) 861-6633
mprame@groom.com
hstephens@groom.com
*Attorneys for Defendants BMO Financial Corp. and Benefits Administration Committee of BMO Financial Corp.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025, a true and correct copy of the foregoing document was sent to all counsel of record via the CM/ECF system.

/s/ Rachel Capler
Rachel Capler